Walter Ayers, appellee, v. Jacksonville Railway Company, appellant. Gen. No. 7,742.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

Bellatti, Bellatti & Moriarty, for appellant; Geo. W. Burton, of counsel. William T. Wilson and Edward P. Brockhouse, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Charles Wilson, appellant, v. John Rentfrow, appellee. Gen. No. 7,749.

Action on promissory notes. Judgment for defendant. Appeal from the Circuit Court of Shelby county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

U. S. Ward and J. J. Baker, for appellant. Byron Piper, Jacob Zimmerman and A. J. Steidley, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Steve Stanich, plaintiff in error. Gen. No. 7,751.

Prosecution under prohibition law. Defendant convicted. Error to the County Court of Christian county; the Hon. Clifford J. Vogelsang, Judge, presiding. Heard in this court at the April term, 1924. Reversed. Opinion filed October 22, 1924.

Hogan & Reese, for plaintiff in error. Edward E. Dowell, State's Attorney, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Comet Automobile Company et al. Landers Brothers Company, appellant, v. Farmers State Bank & Trust Company et al. The Millikin Trust Company and R. W. Jones, receivers, appellees. Gen. No. 7,753.

Receivership proceedings. Decree against claimant on portion of claim. Appeal from the Circuit Court of Macon county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

D. C. Corley, for appellant. R. P. Vail and C. A. McMillen, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Catherine Brandymore, by her father and next friend, John Brandymore, plaintiff in error. Gen. No. 7,706.

Proceedings for commitment of defendant to Geneva Training School for girls. Defendant committed. Error to the County Court of Coles county; the Hon. Joseph B. Lane, Judge, presiding. Heard in this court at the April term, 1924. Reversed. Opinion filed October 22, 1924.

Andrews & Real, Emery Andrews and R. G. Real, for plaintiff in error; Emery Andrews, of counsel. No appearance for defendant in error.

Mr. Justice Crow delivered the opinion of the court.